THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Megan Johnsen,

    Plaintiff,

v.

NewPaper LLC d/b/a Party City,

    Defendant.

Case No. 14-cv-02713 (RHK/JSM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action agree and stipulate that the Complaint may be dismissed, in its entirety, with prejudice, with each party to bear its own costs.

Respectfully submitted this 11th day of September, 2014.

/s/ Ryan H. Ahlberg
Ryan H. Ahlberg (#386520)
AHLBERG LAW, PLLC
Union Plaza Building, Suite 300
333 Washington Avenue North
Minneapolis, MN 55401
Telephone: (612) 373-7081
Email: rahlberg@ahlberglaw.com

ATTORNEY FOR PLAINTIFF

/s/ Andrew E. Tanick
Andrew E. Tanick (#178573)
FORD & HARRISON LLP
225 South Sixth Street, Suite 3150
Minneapolis, MN 55402
Telephone: (612) 486-1700
Email: atanick@fordharrison.com

ATTORNEY FOR DEFENDANT

WSACTIVELLP:7025671.1

- 1 -