# UNITED STATES DISTRICT COURT
## District of Minnesota

Megan Johnsen

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number:  14-2713 (RHK/JSM)

NewPaper LLC d/b/a Party City

Defendant(s).

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this case, including all Counts and Claims in the Complaint, is **DISMISSED WITH PREJUDICE,** on the

merits, and with each party to bear its own costs and fees.

Date: September 11, 2014

RICHARD D. SLETTEN, CLERK

s/L. Brennan

(By)            L. Brennan, Deputy Clerk